IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARY STAMPER-MURRAY, et al.** | : | CIVIL ACTION NO. 1:14-cv-1360 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| **U.D.H. MANAGEMENT** | : | |
| **CORPORATION, d/b/a, HAMPTON** | : | |
| **INN HARRISBURG, EAST** | : | |
| | : | |
| Defendants | : | |

## O R D E R

Before the Court in the captioned action is a June 2, 2015 Report and Recommendation of the Magistrate Judge.  No timely objections have been filed.

**ACCORDINGLY**, this 22nd day of June 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) The Defendants' Motion for Summary Judgment (Doc. No. 14) is **DENIED**.

3) A Case Management Conference call is scheduled for August 6, 2015, at 10:30 a.m.  Plaintiff's counsel shall initiate the call.  The telephone number of the Court is 717-221-3990.  Counsel shall file an updated Joint Case Management Plan on or before July 31, 2015.

*s/ Yvette Kane*
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania